Eric Emanuel **TAYLOR,**
Plaintiff–Appellant,

v.

Arenda L. Wright **ALLEN,**
Defendant–Appellee.

No. 14–2284.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 16, 2015.

Eric Emanuel Taylor, Appellant Pro Se.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Emanuel Taylor appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint against a district court judge for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Taylor does not in his informal brief challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*AFFIRMED.*